**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEBORAH ANN NARDELLA, : | CIVIL ACTION |
| Plaintiff, : | |
| : | No. 09-5629 |
| v. : | |
| : | |
| PHILADELPHIA GAS WORKS, et al., : | |
| Defendants. : | |

**ORDER**

**AND NOW,** this 12th day of July, 2010, upon consideration of Defendants, PGW, Steven Jordon and Gary Gioioso's, "Motion to Dismiss," (doc. no. 5), Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the motion is **DENIED** in part and **GRANTED** in part. The gender discrimination and retaliation claims are not dismissed. The punitive damages claim against PGW, any unnamed defendants, and the Title VII claims against Defendants Jordon and Gioioso are **DISMISSED WITH PREJUDICE**. The Title VII racial discrimination claims, gender and racial hostile work environment claims, and EPA claims are **DISMISSED WITHOUT PREJUDICE.** Plaintiff shall have fourteen (14) days to file an amended complaint setting forth cognizable claims in accordance with this Memorandum.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**