IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH ANN NARDELLA | : | |
| | : | |
| v. | : | No. 09-5269 |
| | : | |
| PHILADELPHIA GAS WORKS, ET AL. | : | |

**O R D E R**

**AND NOW**, this   5th   day of   April  , 2012, upon consideration of Defendant Philadelphia Gas Works' Partial Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 14), it is **ORDERED** that:

1. Defendant's Motion is **DENIED** as to Counts II, III and IV of Plaintiff's Amended Complaint (ECF No. 12).

2. Defendant's Motion is **GRANTED** as to Counts V and VI of Plaintiff's Amended Complaint.

3. Count V and VI of Plaintiff's Amended Complaint are **DISMISSED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**