IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH ANN NARDELLA | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 09-5629 |
| | : | |
| PHILADELPHIA GAS WORKS, ET AL. | : | |

**O R D E R**

**AND NOW**, this  30th  day of  January , 2014, it is **ORDERED** that upon consideration of Defendant Philadelphia Gas Works' Motion for Summary Judgment (ECF No. 42), and Plaintiff Nardella's Response thereto (ECF No. 46), the Motion is **GRANTED**, and judgement is entered against Plaintiff in favor of Defendant.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**