IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH ANN NARDELLA | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-5629 |
| PHILADELPHIA GAS WORKS, ET AL. | : | |

## ORDER

**AND NOW**, this  22nd  day of October, 2014, upon consideration of Plaintiff Deborah Ann Nardella's Motion for Reconsideration (ECF No. 51), and all papers filed in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**